No. 106. CAMPBELL SOUP CO. *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS, DISTRICT No. 8, AFL–CIO. C. A. 7th Cir. Certiorari denied. *Theophil C. Kammholz* for petitioner. *Sheldon M. Charone* for respondent.

No. 111. LOWE *v.* WELTNER. Ct. App. Ga. Certiorari denied. *Charles E. Muskett* for petitioner.

No. 112. DOTSON *v.* DUTY. C. A. 6th Cir. Certiorari denied. *Jean L. Auxier* for petitioner.

No. 113. SOUTHWESTERN PORTLAND CEMENT CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *James F. Hulse* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondent.

No. 114. STANDARD FRUIT & STEAMSHIP CO. *v.* UNITED FRUIT CO. ET AL. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch, Robert M. Moore,* and *René H. Himel, Jr.,* for petitioner. *Hugh B. Cox, James H. McGlothlin,* and *Michael Boudin* for United Fruit Co., and *Solicitor General Griswold, Assistant Attorney General McLaren,* and *Howard E. Shapiro* for the United States, respondents.

No. 115. A. R. INDUSTRIES *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO (CERVANTES, REAL PARTY IN INTEREST). Ct. App. Cal., 3d App. Dist. Certiorari denied. *Burton J. Stanley* for petitioner. *John Quincy Brown, Jr.,* for Cervantes.